# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-2254
_____

Peter Rickmyer

*Plaintiff - Appellant*

v.

ABM Security Services, Inc., also known as American Building Maintenance
Industries, Inc.

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis
_____

Submitted: September 8, 2016
Filed: September 13, 2016
[Unpublished]
_____

Before WOLLMAN, ARNOLD, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Peter Rickmyer appeals following the district court's[1] order denying him leave to proceed in forma pauperis and dismissing his Americans with Disabilities Act complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B). We find no basis for reversal, and Mr. Rickmyer offers none. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.